IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT CRUZ,

    Petitioner,                    No. CIV S-08-1378 FCD EFB P

    vs.

KNOWLES, Warden,

    Respondent.              ORDER

                             /

        Petitioner, a prisoner without counsel, has filed a petition for a writ of habeas corpus. *See* 28 U.S.C. § 2254. The court has reviewed the petition as required by Rule 4 of the Rules Governing Section 2254 Proceedings, and finds that the petition appears to be second or successive. Thus, petitioner must show either that the petition is not second or successive or that he has obtained permission to proceed from the appellate court.

        Before filing a second or successive petition in a district court, a petitioner must obtain from the appellate court "an order authorizing the district court to consider the application." 28 U.S.C. § 2244(b)(3)(A). Without an order from the appellate court, the district court is without jurisdiction to consider a second or successive petition. *See Burton v. Stewart*, 549 U.S. 147, 153 (2007). A petition is second or successive if it makes "claims contesting the same custody imposed by the same judgment of a state court" that the petitioner previously

1

1  challenged, and on which the federal court issued a decision on the merits.  *Id.*; *Slack v.*
2  *McDaniel*, 529 U.S. 473, 485-486 (2000).

3  In the present action, petitioner challenges his July 21, 2005, conviction of burglary and
4  the sentence imposed.  Petition (hereafter, "Pet."), at 1-2.  The court has examined its records,
5  and finds that petitioner challenged the same conviction in *Cruz v. Veal*, No. Civ. S-06-2463
6  MCE CMK.[1]  The court considered petitioner's claims and rejected them, thereby denying the
7  petition on the merits.  Therefore, it appears that petitioner challenges the same judgment now
8  that he previously challenged and which was adjudicated on the merits.  The instant petition is
9  second or successive.  Petitioner offers no evidence that the appellate court has authorized this
10 court to consider a second or successive petition.

11 Accordingly, it hereby is ORDERED that petitioner shall, within 20 days of the date this
12 order is served, demonstrate either that this petition is not second or successive or submit
13 evidence that the appellate court has authorized this court to consider the petition.  Petitioner's
14 failure to comply with this order will result in a recommendation that this action be dismissed
15 upon the ground that petitioner has without authorization filed a second or successive petition.
16 Dated:  June 9, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] A court may take judicial notice of its own records in other cases.  *United States v. Wilson*, 631 F.2d 118, 119-20 (9th Cir. 1980).

2